IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DEBORAH A. ALVAREZ, *et al.*,<br>Plaintiffs, | Case No. 06 cv 4639 |
| ALEXANDER CARABALLO, *et al.*,<br>Plaintiffs, | Case No. 07 cv 2807 |
| THOMAS BALEY, *et al.*,<br>Plaintiffs, | Case No. 09 cv 0228 |
| NICHOLAS CANBY, *et al.*,<br>Plaintiffs, | Case No. 12 cv 0669 |
| v. | Judge John W. Darrah |
| CITY OF CHICAGO,<br>Defendant. | |

## JUDGMENT ORDER ON ATTORNEYS' FEES, COSTS AND INCENTIVE AWARDS

This matter comes before the Court on the Plaintiffs' Petition For Attorneys' Fees, Costs, and Payment of Incentive Awards, relating to the Court having granted, in part, Summary Judgment in Plaintiffs' favor and entering the Judgment Order on Wage Damages. Having resolved the remaining issue relating to Plaintiffs' attorneys' fees and costs, the Parties request and the Court hereby grants the following:

1. Attorneys' fees and costs in the amount of One Million Three Hundred and Ninety Thousand Dollars and No Cents ($1,390,000.00) to Jac A. Cotiguala & Associates.

2. Incentive awards to the following individuals and amounts:

    a. Margaret A. Coen-Murphy - $5,000

    b. Joseph H. Davilo - $5,000

3. With all remaining issues pending before this court in the above referenced matters having been adjudicated, Final Judgment is entered in this case.

4. Plaintiffs are given leave to withdraw their Petition For Attorneys' Fees and Costs in each of the above matters. (*Alvarez*, Dkt. Nos. 323-325; *Caraballo*, Dkt. Nos. 272-274; *Baley*, Dkt. Nos. 182-184; and *Canby*, Dkt. Nos. 261-263).

5. All parties to these actions waive their rights to appeal from this Final Judgment Order.

IT IS SO ORDERED:

_____
Judge John W. Darrah

Date: 8-11-15